IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Reginald Doggett, | ) | C.A. No.:  7:10-55-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| Life Insurance Company of North America, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** based upon representation by

Plaintiff's attorney that the matter *sub judice* has been rendered moot.  In the matter *sub judice*,

Plaintiff filed his complaint on January 8, 2010.  Plaintiff's counsel advised the court that the

case has been served, but Defendant has not yet filed an answer to Plaintiff's complaint with this

court.  In the matter *sub judice*, Plaintiff asked the court to declare that he is entitled to long term

disability benefits pursuant to ERISA 29 U.S.C.S. § 1132(a)(1)(B).  Plaintiff's counsel has

advised the court that the Defendant has approved Plaintiff's claim.

Plaintiff's counsel has advised the court that because Plaintiff has now been approved for

the benefits which he sought that the matter has been rendered moot.  Plaintiff has advised the

court that there is no justiciable controversy, at this juncture, for the Plaintiff to pursue with this

court.  Therefore, for good cause shown, the court hereby dismisses the matter *sub judice*

pursuant to Fed.R.Civ.P. 41 as being moot and without prejudice.

**NOW, THEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the

matter *sub judice* shall be dismissed pursuant to Fed.R.Civ.P. 41 as moot and without prejudice

should additional issues arise at a later date which create a justiciable controversy.

**AND, IT IS SO ORDERED.**

                                                     **s/Henry F. Floyd**
                                                     The Honorable Henry F. Floyd
                                                     United States District Judge

Date:  February 5, 2010

I SO MOVE:

s/ Robert E. Hoskins
Robert E. Hoskins, Esq.
Foster Law Firm, L.L.C.
Attorneys for Plaintiff